**Opinion filed July 11, 2024**



**In The**

# Eleventh Court of Appeals

_____

**No. 11-24-00167-CV**

_____

**JOHN WESLEY COVINGTON, Appellant**

**V.**

**DOLORES MALDONADO COVINGTON, Appellee**

**On Appeal from the 318th District Court**

**Midland County, Texas**

**Trial Court Cause No. FM61,157**

## M E M O R A N D U M   O P I N I O N

In 2018, the trial court signed a final decree of divorce. Appellant, John Wesley Covington, filed a pro se notice of appeal from the decree in June 2024. When the appeal was docketed in this court, the clerk of this court notified the parties that it appeared that the notice of appeal was untimely filed, and we requested that Appellant provide this court with a response showing grounds to continue this appeal. As of the date of this order, Appellant has not responded to our request.

The documents on file in this appeal show that the trial court signed its order in the underlying proceeding on June 1, 2018. The notice of appeal was therefore due to be filed no later than July 2, 2018. *See* TEX. R. APP. P. 26.1. Appellant filed his pro se notice of appeal on June 4, 2024—well after the deadline to file had expired.

We are prohibited from suspending the Rules of Appellate Procedure "to alter the time for perfecting an appeal in a civil case." TEX. R. APP. P. 2. Absent a timely notice of appeal, this court is without jurisdiction to consider this appeal. *See Wilkins v. Methodist Health Care Sys.*, 160 S.W.3d 559, 564 (Tex. 2005); *Garza v. Hibernia Nat'l Bank*, 227 S.W.3d 233, 233–34 (Tex. App.—Houston [1st Dist.] 2007, no pet.); *see also Verburgt v. Dorner*, 959 S.W.2d 615, 617 (Tex. 1997). Because we are without jurisdiction, we must dismiss the appeal. *See* TEX. R. APP. P. 42.3(a).

Accordingly, this appeal is dismissed for want of jurisdiction.


W. BRUCE WILLIAMS
JUSTICE


July 11, 2024

Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.